# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA



Filed
JUL 13 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

Cirilo Basas
    Defendant.

Case Number
CR 06-90528 PVT

**ORDER - CJA CONTRIBUTION(s) DUE**

    It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[X]  THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 200.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

    [ ] That certain date of _____ and the SAME DAY each month thereafter;

    [X] The first day of 8/1/06 and the FIRST DAY of each month thereafter;

    [X] MAIL TO:    Clerk, U. S. District Court
                       280 South First Street, Room 2112
                       San Jose, CA.  95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ]  THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

    [ ] That certain date of _____ ;

    [ ] MAIL TO:    Clerk, U. S. District Court
                       280 South First Street, Room 2112
                       San Jose, CA.  95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 7/13/06

_____
PATRICIA V. TRUMBULL, U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72