PROPOSED ORDER/COVER SHEET

TO: Honorable Patricia Trumbull  
U.S. Magistrate Judge

RE: Cirilo Basas

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR06-00528 JW-1

DATE: August 9, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson  
U.S. Pretrial Services Officer, Treatment Specialist

510-637-3752  
TELEPHONE NUMBER

FILED AUG 16 2006 CLERK NORTHERN DISTRICT COURT CALIFORNIA

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding  District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____  
JUDICIAL OFFICER

8/16/06  
DATE

Cover Sheet (12/03/02)