SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
MARK KROTOSKI (CABN 138549)
Chief, Criminal Division
CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorney for Plaintiff
United States of America

150 Almanden, Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5065
Fax: (408) 535-5066

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00528-JW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING MOTIONS HEARING DATE |
| CIRILO BASAS, | |
| Defendant | |

The parties stipulate to the continuance of the March 5, 2007 hearing date on motions to April 2, 2007, as government counsel needs the additional time to conduct investigation and respond to the defendant's motions. In addition, government counsel will be on travel for some days in March. The parties stipulate to an exclusion of time under the Speedy Trial Act from March 5 to April 2, 2007, based on the filing of a motion and interests of justice. 18 U.S.C. §§

///

///

///

Stipulation and Order
CR-06-00528-JW                               1

3161(h)(1)(F) (filing of pre-trial motion), 3161(h)(1)(A) and (B) (interest of justice and continuity of government counsel).

```
        /S/                                       /S/
Geoff Braun, Esq.                         Carlos Singh
Counsel for Cirilo Basas                  Assistant United States Attorney

Feb. 27, 2007                             Feb. 27, 2007
```

**SO ORDERED.**

March. ⎵, 2007

JAMES WARE
United States District Judge

Stipulation and Order
CR-06-00528-JW                     2