1  SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
2  MARK KROTOSKI (CABN 138549)
Chief, Criminal Division
3  CARLOS SINGH (PASBN 50581)
Assistant United States Attorney
4
Attorney for Plaintiff
5  United States of America

6      150 Almanden, Blvd., Suite 900
San Jose, California  95113
7      Telephone: (408)  535-5065
Fax: (408) 535-5066
8

IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          )     No. CR 06-00528-JW
                                       )
13                Plaintiff,           )
                                       )     STIPULATION AND ORDER
14        v.                           )     CONTINUING MOTIONS HEARING
                                       )     DATE
15  CIRILO BASAS,                      )
                                       )
16                Defendant            )
    _____)

17        The parties stipulate to the continuance of the April 2, 2007 hearing date on motions to

18  ~~May 28~~ June 4, 2007, as government counsel needs the additional time to conduct investigation

19  concerning the defendant's request for additional discovery and respond to the defendant's

20  motions.  In addition, government counsel will be in trial in May 2007.   The parties stipulate to

21  an exclusion of time under the Speedy Trial Act from April 2 to ~~May 28~~ June 4, 2007, based on the

22  ///

23  ///

24  ///

25

26

27

28  Stipulation and Order
    CR-06-00528-JW                          1

1  filing of a motion and interests of justice. 18 U.S.C. §§ 3161(h)(1)(F) (filing of pre-trial motion),

2  3161(h)(1)(A) and (B) (interest of justice and continuity of government counsel).

3

4  _____/S/_____              _____/S/_____

5  Geoff Braun,  Esq.                        Carlos Singh
   Counsel for Cirilo Basas                  Assistant United States Attorney

6  March 27, 2007                            March 27, 2007

7

8  **SO ORDERED.**

9                                            _____
                                            JAMES WARE
10 March _28_, 2007                         United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Stipulation and Order
   CR-06-00528-JW                   2