```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
MARK KROTOSKI (CABN 138549)
Chief, Criminal Division
CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorney for Plaintiff
United States of America

     150 Almanden, Blvd., Suite 900
     San Jose, California  95113
     Telephone: (408) 535-5065
     Fax: (408) 535-5066
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00528-JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING MOTIONS HEARING DATE |
| CIRILO BASAS, | ) | |
| Defendant | ) | |

The parties stipulate to the continuance of the June 4, 2007 hearing date on motions to July 23, 2007, as government counsel needs the additional time to conduct investigation concerning the defendant's request for additional discovery and respond to the defendant's motions. Government counsel had been preparing for three trials scheduled in May and June 2007 and was unable to respond to the defendant's discovery related motions. The parties stipulate to an exclusion of time under the Speedy Trial Act from June 4 to July 23, 2007, based

///

///

///

Stipulation and Order
CR-06-00528-JW                              1

on the filing of a motion and interests of justice. 18 U.S.C. §§ 3161(h)(1)(F) (filing of pre-trial motion), 3161(h)(1)(A) and (B) (interest of justice and continuity of government counsel).

\_\_\_\_\_/S/_____           _____/S/_____
Geoff Braun, Esq.                              Carlos Singh
Counsel for Cirilo Basas                       Assistant United States Attorney

June 1, 2007                                   June 1, 2007

**SO ORDERED.**

June _1_, 2007

_____
JAMES WARE
United States District Judge

Stipulation and Order
CR-06-00528-JW                             2