| | |
|---|---|
| 1  GEOFFREY A. BRAUN<br>   Bar #46562<br>2  181 Devine St.<br>   San Jose, CA 95110<br>3  (408) 288-9512 | **FILED**<br>NOV 0 5 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN JOSE |

4  Attorney for Defendant
   Cirilo Basas

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            vs.<br><br>CIRILO BASAS,<br><br>                    Defendant. | ) No. CR 06-00528 JW<br>)<br>) STIPULATION TO CONTINUE<br>) STATUS HEARING AND TO<br>) EXCLUDE TIME<br>)<br>)<br>)<br>)<br>) November 5, 2007      1:30 P.M.<br>) Hon. James Ware, District Judge<br>) |

CARLOS SINGH, Attorney for the United States and GEOFFREY A. BRAUN, attorney for defendant CIRILO BASAS, hereby stipulate and agree as follows:

In view of the continuing and unresolved discovery issues pending before Magistrate Judge Richard Seeborg, which may necessitate further hearings before that Judge (See order dated November 1, 2007, attached) on a date after December 10, 2007, the parties agree and stipulate that the status hearing set in this Court on November 5, 2007 be continued to a date on or after January 14, 2008 at the convenience of the Court. The parties further stipulate that time be excluded for the purposes of the Speedy Trial Act (18 U.S.C. §3161 *et seq.*) until the date next set by the Court for effective preparation of defense counsel.

Dated: November 5, 2007
At San Jose, CA

_____
CARLOS SINGH
Attorney fo the United States

Dated: November 5, 2007
At San Jose, CA

_____
GEOFFREY A. BRAUN
Attorney for defendant, CIRILO BASAS

United States v. Cirilo Basas  # CR-06-00528 JW
Stipulation and Order Continuing Status Hearing
and Excluding Time

ORDER

The foregoing Stipulation having been read and approved, and Good Cause appearing, Status hearing and Motion-Setting date is hereby continued to January 28, 2008 in this Court. Statutory time pursuant to the Speedy Trial Act (18 U.S.C. 3161 *et seq.*) is hereby excluded from November 5, 2007 until January 28, 2008 pursuant to the Stipulation of the parties and for effective preparation by counsel for the defendant.

Dated: November 5, 2007
At San Jose, CA.

JAMES WARE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States v. Cirilo Basas  # CR-06-00528 JW
Stipulation and Order Continuing Status Hearing
and Excluding Time                                    2