JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorney for Plaintiff
United States of America

    150 Almanden, Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5065
    Fax: (408) 535-5066

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00528-JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING JANUARY 28, 2008 STATUS HEARING |
| CIRILO BASAS, | ) | |
| Defendant | ) | |

The parties stipulate to the continuance of the January 28, 2008 status hearing to March 3, 2008 at 1:30pm, as defense counsel will be unavailable on January 28 since he recently began a trial in state court which will continue through the end of February 2008. The parties stipulate to an exclusion of time under the Speedy Trial Act from January 29, 2008 through March 3, 2008,

Stipulation and Order
CR-06-00528-JW                                           1

1  based on defense counsel's unavailability and for interest of justice reasons. 18 U.S.C. §§
2  3161(h)(1)(A) and (B).

_____/S/_____             _____/S/_____
Geoff Braun, Esq.                      Carlos Singh
Counsel for Cirilo Basas               Assistant United States Attorney

January 23, 2008                       January 25, 2008

**SO ORDERED.** The Court notes the late request to continue the status hearing. This is the parties final request for continuance.

_____
JAMES WARE
January \_\_28\_. 2008                    United States District Judge

Stipulation and Order
CR-06-00528-JW                         2