JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-2695
   Facsimile:  (408) 535-5066
   Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIRILO BASAS, ) <br> ) <br> Defendant. ) <br> ) | No.   CR 06-00528-JW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM DECEMBER 1, 2008 TO JANUARY 26, 2009 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

The parties are currently scheduled to appear before this Court on December 1, 2008.  In advance of that hearing, the government and defense request a continuance of that hearing date and an exclusion of time under the Speedy Trial Act based upon the filing of pretrial motions and the need for the government adequately to prepare its responses to these motions.  In particular, the attorney for the government was out of the country for two weeks during the month of November and will be in trial for at least one week during the month of December.  Furthermore, the attorney for the government must consult with local law enforcement in preparing its response and expects this may be difficult to accomplish during the upcoming holiday season. The defense counsel is aware of these obstacles and joins in the request for the continuance to

1

1  January 26, 2009.

2       The parties stipulate that the time between December 1, 2008 and January 26, 2009 is
3  excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the
4  requested continuance would unreasonably deny the parties and the Court an opportunity to
5  address and resolve pretrial motions.  Finally, the parties agree that the ends of justice served by
6  granting the requested continuance outweigh the best interest of the public and the defendant in a
7  speedy trial and in the prompt disposition of criminal cases.  18 U.S.C. §3161(h)(8)(A).

9  DATED: November 21, 2008         JOSEPH P. RUSSONIELLO
                                                United States Attorney

11                                           ___/s/_____
                                         JEFFREY B. SCHENK
12                                           Assistant United States Attorney

14                                           ___/s/_____
                                         GEOFFREY BRAUN
15                                           Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing currently scheduled for December 1, 2008 is continued to January 26, 2009. The Court also ORDERS that the time between December 1, 2008 and January 26, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court finds that the failure to grant the requested continuance would unreasonably deny the parties and the Court an opportunity to address and resolve pretrial motions. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this continuance and exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED:   November 21, 2008

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE