1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CASBN 234355)
   Assistant United States Attorney
5
     150 Almaden Boulevard
6    San Jose, California 95113
     Telephone: (408) 535-2695
7    Facsimile:  (408) 535-5066
     Email: jeffrey.b.schenk@usdoj.gov
8
   Attorneys for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )     No.    CR 06-00528-JW
                                     )
15        Plaintiff,                 )     STIPULATION AND [PROPOSED]
                                     )     ORDER TO AMEND JUDGMENT
16     v.                            )
                                     )
17  CIRILO BASAS,                    )
                                     )
18        Defendant.                 )
                                     )
19  _____ )

20        The parties stipulate that the Judgment of this Court should be amended to include the

21  following as additional items the defendant must forfeit any interest in.

22        #001 ONE WHITE SMOKE GRENADE, MANUFACTURED BY SMITH & WESSON.
          NO SERIAL NUMBER
23
          #002 EXPLOSIVES. DESTRUCTIVE DEVICE, QTY: 1, MEA: EACH, ACCURACY
24        SYSTEMS INC. MODEL 450 MULTIFLASH GRENADA, SERIAL NUMBER
          E870788
25
          #003 TWO BULLET RESISTANT VESTS.
26        UNKNOWN MANUFACTURER (MILITARY SURPLUS) SERIAL NUMBERS:
          016154 & 016155
27
          #004 AMMUNITION: AMMUNITION, QTY: 60, MNF: WINCHESTER-WESTERN,
28        CAL: 9

1

1    #005 AMMUNITION: AMMUNITION, QTY: 26, MNF: WINCHESTER-WESTERN, CAL: 9

2    #006 AMMUNITION: AMMUNITION, QTY: 30, MNF: WOLF, CAL: 9

3    #007 AMMUNITION: AMMUNITION, QTY: 180, MNF: OTHER, CAL: 308

4    #008 AMMUNITION: AMMUNITION, QTY: 179, MNF: OTHER, CAL: 308

5    #009 OTHER: FIREARM PARTS AND ACCESSORIES, ONE PELICAN 1200 GUN CASE

6    #010 OTHER: FIREARM PARTS AND ACCESSORIES, ONE BLACK RIFLE CASE

7    #011 OTHER: OTHER, 1750 PELICAN GUN CASE

8    #012 AMMUNITION: AMMUNITION, QTY: 1, MNF: OTHER, CAL: 50 BMG

9    #013 OTHER FIREARM PARTS AND ACCESSORIES, BLACK UZI GUN CASE

10   #014 EXPLOSIVES: DESTRUCTIVE DEVICE, QTY: 1, MEA: EACH, FILLER TAKEN FROM ITEM #2 (ATF LAB SAMPLE)

11   #015 EXPLOSIVES: DESTRUCTIVE DEVICE, QTY: 1, MEA: EACH, EXPELLING CHARGE AND CARDBOARD BASE TAKEN FROM  ITEM #2 (ATF LAB SAMPLE)

12   #016 EXPLOSIVES: DESTRUCTIVE DEVICE QTY: 1, MEA: EACH, FILLER TAKEN FROM ITEM #2 (DEFENSE SAMPLE)

13   #017 EXPLOSIVES: DESTRUCTIVE DEVICE, QTY: 1, MEA: EACH,  EXPELLING CHARGE AND CARDBOARD BASE TAKEN FROM ITEM #2 (DEFENSE SAMPLE)

14   #018 AMMUNITION: AMMUNITION, QTY: 40, MNF: UNKNOWN, CAL: 50 BMG


DATED: September 21, 2009                    JOSEPH P. RUSSONIELLO
                                             United States Attorney

                                             ___/s/_____
                                             JEFFREY B. SCHENK
                                             Assistant United States Attorney


                                             ___/s/_____
                                             GEOFFREY BRAUN
                                             Attorney for Defendant

2

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

ORDERS that the Judgment of this Court be amended to include the following language,

specifically this list of forfeited items:

#001 ONE WHITE SMOKE GRENADE, MANUFACTURED BY SMITH & WESSON.
NO SERIAL NUMBER

#002 EXPLOSIVES. DESTRUCTIVE DEVICE, QTY: 1, MEA: EACH, ACCURACY
SYSTEMS INC. MODEL 450 MULTIFLASH GRENADA, SERIAL NUMBER
E870788

#003 TWO BULLET RESISTANT VESTS.
UNKNOWN MANUFACTURER (MILITARY SURPLUS) SERIAL NUMBERS:
016154 & 016155

#004 AMMUNITION: AMMUNITION, QTY: 60, MNF: WINCHESTER-WESTERN,
CAL: 9

#005 AMMUNITION: AMMUNITION, QTY: 26, MNF: WINCHESTER-WESTERN,
CAL: 9

#006 AMMUNITION: AMMUNITION, QTY: 30, MNF: WOLF, CAL: 9

#007 AMMUNITION: AMMUNITION, QTY: 180, MNF: OTHER, CAL: 308

#008 AMMUNITION: AMMUNITION, QTY: 179, MNF: OTHER, CAL: 308

#009 OTHER: FIREARM PARTS AND ACCESSORIES, ONE PELICAN 1200 GUN
CASE

#010 OTHER: FIREARM PARTS AND ACCESSORIES, ONE BLACK
RIFLE CASE

#011 OTHER: OTHER, 1750 PELICAN GUN CASE

#012 AMMUNITION: AMMUNITION, QTY: 1, MNF: OTHER,
CAL: 50 BMG

#013 OTHER FIREARM PARTS AND ACCESSORIES, BLACK UZI
GUN CASE

#014 EXPLOSIVES: DESTRUCTIVE DEVICE, QTY: 1, MEA: EACH,
FILLER TAKEN FROM ITEM #2 (ATF LAB SAMPLE)

#015 EXPLOSIVES: DESTRUCTIVE DEVICE, QTY: 1, MEA: EACH,
EXPELLING CHARGE AND CARDBOARD BASE TAKEN FROM  ITEM #2 (ATF
LAB SAMPLE)

#016 EXPLOSIVES: DESTRUCTIVE DEVICE QTY: 1, MEA: EACH,
FILLER TAKEN FROM ITEM #2 (DEFENSE SAMPLE)

1

2    #017 EXPLOSIVES: DESTRUCTIVE DEVICE, QTY: 1, MEA: EACH,
      EXPELLING CHARGE AND CARDBOARD BASE TAKEN FROM
3    ITEM #2 (DEFENSE SAMPLE)

4    #018 AMMUNITION: AMMUNITION, QTY: 40, MNF: UNKNOWN,
      CAL: 50 BMG

5

6    IT IS SO ORDERED.

7    DATED:  October 2, 2009                _____
                                             JAMES WARE
8                                            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4